UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **VERNON SNYPE,** | : | |
| Petitioner | : | CIVIL ACTION NO. 3:20-1478 |
| v. | : | (JUDGE MANNION) |
| **CATRICIA L. HOWARD,** | : | |
| Respondent | : | |

### ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Snype's petition for writ of habeas corpus (Doc. 1) is **DISMISSED** without prejudice to any right Snype may have to reassert his claim in a properly filed civil rights complaint.

2. The Clerk of Court is directed to **CLOSE** this case.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: December 11, 2020**
20-1478-02-Order